# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIE MEYER, and<br>MICHAEL MEYER,<br><br>Plaintiffs,<br><br>v.<br><br>CURRIE TECH CORP., a Delaware<br>Corporation; and ACCELL NORTH<br>AMERICA, INC., a Delaware Corporation;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **8:16CV542**<br><br>**ORDER** |

This matter comes before the Court on the Parties' Joint Motion to Extend Scheduling Order Deadlines (Filing No. 20). For good cause shown, the Court finds the Motion should be granted. Accordingly,

**IT IS ORDERED:** The Order Setting Final Schedule for Progression of Case (Filing No. 19) is modified as follows:

1. Plaintiffs' expert witness disclosure deadline is extended to January 5, 2018;
2. Defendants' expert witness disclosure deadline is extended to March 2, 2018;
3. Plaintiffs' additional expert witness disclosure deadline is extended to March 30, 2018; and
4. The Deposition Deadline is extended to May 11, 2018.
5. The dates for Motions *in Limine*, the Final Pretrial Conference, and the Jury Trial are unchanged from the Court's Final Progression Order of June 13, 2017.

Dated this 25th day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge