# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCIE MEYER, and<br>MICHAEL MEYER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | **8:16CV542** |
| v. | )<br>)<br>) | **ORDER** |
| CURRIE TECH CORP., a Delaware<br>Corporation; and ACCELL NORTH<br>AMERICA, INC., a Delaware Corporation; | )<br>)<br>)<br>) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiffs' Motion to Compel Discovery ([Filing No. 23](#)). The Court held a telephone conference with counsel of record on December 18, 2017. However, because additional discovery responses had been received by Plaintiffs, the Court continued the conference to January 5, 2018, to allow Plaintiffs an opportunity to review the supplemental responses and attempt to resolve outstanding issues.

Accordingly, the Court held a telephone conference on January 5, 2018 to discuss any remaining discovery issues raised in Plaintiffs' Motion to Compel. At that time, counsel advised that the majority of the issues had been resolved, but that a few matters necessitated resolution by the Court.

In accordance with the findings made by the Court during the January 5, 2018 telephone conference,

**IT IS ORDERED** as follows:

1. Plaintiffs' Motion to Compel Discovery ([Filing No. 23](#)) is granted, in part.

2. Defendants shall supplement their responses to Plaintiffs' interrogatories and document production requests based upon the information Defendants received from Percey Chien. Defendants must point to specific documents when responding to discovery requests, rather than simply telling Plaintiffs to review previously produced information.

3. Defendants shall supplement their response to Interrogatory No. 12 by stating what knowledge is held by the individuals listed and what information those individuals have regarding the specific testing that was performed on the subject-type Currie Tech Conversion Kit.

4. Defendants' response to Interrogatory No. 26 is sufficient at this time. Defendants shall supplement their response to this Interrogatory as responsive information becomes available.

5. Defendants shall supplement their response to Interrogatory No. 28 by confirming that they have requested responsive information from Percey Chien. If Defendants have not requested the information, they shall do so and inform Plaintiffs that such request has been made. If additional information is received from Percey Chien, Defendants shall provide this information to Plaintiffs.

6. Defendants shall provide the supplemental discovery responses within fourteen days of this Order.

7. Counsel for the parties shall confer and to discuss a deposition schedule. Within fourteen days of this Order, the parties shall jointly submit a proposed case progression schedule to bazis@ned.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge