# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCIE MEYER, an Individual; and MICHAEL MEYER, an Individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CURRIE TECH CORP., a Delaware Corporation; and ACCELL NORTH AMERICA, INC., a Delaware Corporation;<br><br>Defendants. | 8:16CV542<br><br>**ORDER** |

A telephone conference was held on today's date to discuss a discovery dispute. Following discussion of the matter,

**IT IS ORDERED** as follows:

1. Defendants shall supplement their response to Interrogatory No. 39(d) to state whether 16 C.F.R. § 1512 applies to the conversion kit at issue. Defendants shall also state who is responsible for determining whether that section applies to the conversion kit and the basis for that individual's opinion as to the applicability of that section.

2. Defendants shall supplement their response to Interrogatory No. 40 to identify their consumer complaint and conversion kit return process, who performed this process (dealt with consumer complaints and/or returns related to the conversion kits), whether any records exist regarding consumer complaints and/or returns, and what happened to conversion kits that were returned.

3. Defendants shall supplement their response to Interrogatory No. 43.

Dated this 19th day of April, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge