IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL MEYER, An Individual, and MARCIE MEYER, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>CURRIE TECH CORP., A Delaware Corporation, and ACCELL NORTH AMERICA, INC., A Delaware Corporation,<br><br>Defendants. | Case No. 8:16-CV-542 |

**PLAINTIFFS' MOTION FOR LEAVE FOR LIMITED DEPOSITION OF A PREVIOUSLY DEPOSED WITNESS (MITCH ROBB) AND A LIMITED RULE 30(b)(6) DEPOSITION**

Plaintiffs seek leave of the Court for an Order permitting a limited second deposition of Mitch Robb, Manager of Product Development for the Currie Tech Kit 3. Second, Plaintiffs seek leave of the Court for a limited Supplemental Rule 30(b)(6) deposition on the three issues identified in exhibit G of the Declaration of William Kvas.

        Respectfully submitted,

        HUNEGS, LeNEAVE & KVAS, P.A.

        s/William Kvas
        William Kvas, #24930
        1000 Twelve Oaks Center Drive, Suite 101
        Wayzata, MN  55391
        Tel:  (612) 339-4511
        Fax:  (612) 339-5150
        wkvas@hlklaw.com

and

Richard J. Dinsmore, #11019
Jayson D. Nelson, #22111
6035 Binney Street
Omaha, NE 68104
Tel: (402) 341-2020
Fax; (402) 341-1851
jnelson@hlklaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of October, he electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the counsel below.

    Stephen G. Olson
    Gregory F. Schreiber
    Kristina J. Kamler
    Engles, Ketcham, Olson & Keith, P.C.
    1350 Woodmen Tower
    1700 Farnam Street
    Omaha, NE 68102

                                                                     s/William Kvas