IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARCIE MEYER and MICHAEL
MEYER,

          Plaintiffs,

    v.

CURRIE TECH CORP. and ACCELL
NORTH AMERICA, INC.,

          Defendants.

8:16CV542

MEMORANDUM
AND ORDER

      This matter is before the Court on defendants Currie Tech Corp. and Accell North America, Inc.'s (collectively, "Currie") objection (Filing No. 134) to the December 6, 2018, Order of the magistrate judge[1] (Filing No. 133) granting plaintiffs Marcie and Michael Meyer (the "Meyers") leave to conduct limited depositions of two previously deposed witnesses. Currie contends the magistrate judge erroneously concluded that "new information" provided by several Currie witnesses warranted supplemental depositions. According to Currie, those depositions are "cumulative, duplicative, and unreasonably burdensome." Currie requests that the Court reverse the magistrate judge's order.

      The Meyers respond (Filing No. 136) that the supplemental depositions are necessary "to clarify very limited, but important facts."

      Upon careful review, the Court finds Currie's request for reversal (Filing No. 134) should be denied. Currie has not "shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A) (standard of review). The magistrate judge's order (Filing No. 133) is affirmed.

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.

IT IS SO ORDERED.

Dated this 20th day of December 2018.

                                          BY THE COURT:

                                          Robert F. Rossiter, Jr.
                                          United States District Judge