IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARCIE MEYER and MICHAEL MEYER, | |
|---|---|
| Plaintiffs, | 8:16CV542 |
| v. | ORDER |
| CURRIE TECH CORP. and ACCELL NORTH AMERICA, INC., | |
| Defendants. | |

This matter is before the Court on Defendants' Objections to Deposition Designations from Plaintiffs.

The parties have highlighted and filed the specific provisions of the depositions to be offered at trial in lieu of live testimony. Defendants have identified by page and line numbers those portions of the designated testimony to which they object.

The Court has reviewed all of the designated testimony and rules as follows:

**Robb (Part I), Ex. 148**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 38: 24-25 | Rule 403, form, foundation, argumentative, improper testimony by counsel: move to strike | Overruled |
| 39: 1-16 | Rule 403, Form, foundation, argumentative, improper testimony by counsel: move to strike | Overruled |
| 45: 17-23 | Rules 402 and 403, not a question, move to strike | Overruled |
| 47: 20-25 | Rules 402 and 403 | Overruled |
| 48: 1-10 | Rules 402 and 403 | Overruled |
| 48: 17-20 | Rule 403, form, improper testimony by counsel: move to strike | Overruled |
| 64: 25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 65: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |

| Page: Line Number | Objection | Rulings |
| --- | --- | --- |
| 66: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | 1-19 Sustained 20-25 Overruled |
| 67: 1-16 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Overruled |
| 71: 18-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 72: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 73: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 74: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 75: 1-23 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 76: 9-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 77: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 78: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 79: 1-16 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 105: 10-20 | Rules 402 and 403, not a question, move to strike | Overruled |
| 129: 9-17 | Rule 403, speculation | Overruled |
| 131: 14-18 | Attorney cross talk: move to strike | Sustained |
| 134: 2 | Attorney cross talk: move to strike | Sustained |
| 135: 25 | Attorney cross talk: move to strike | Sustained |
| 136: 1-2 | Attorney cross talk: move to strike | Sustained |

## Robb (part II – January 30, 2018), Ex. 309

| Page: Line Number | Objection | Rulings |
| --- | --- | --- |
| 7: 5-10 | Rule 402, Attorney cross talk: move to strike | Overruled |
| 21: 21-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 22: 1-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 23: 1-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 24: 1-24 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 28: 23-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |

| | | |
|---|---|---|
| 29: 1-5, 16-21 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 32: 1-6 | ". . . this." Rule 402, Attorney cross talk: move to strike | Overruled |
| 34: 2-6 | Move to strike, court reporter repeating the question | Not designated |
| 38: 10 | Withdrawn | |
| 40: 5-21, 24-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 41: 1-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 42: 1-7 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 43: 12-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled; Sustained as to relevancy |
| 44: 1-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 45: 1-6 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 51: 24-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 52: 1-2, 12-15, 21-24 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 53: 1-4, 11-13, 15-25 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 54: 1-18 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 55: 1-13 | Beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 57: 6-9 | Form | Overruled (waived) |
| 57: 14-25 | Rule 402, beyond the scope of the court's order, Filing No. 133: move to strike | No testimony was designated in transcript |
| 58: 1-6 | Rule 402, beyond the scope of the court's order, Filing No. 133: move to strike | No testimony was designated in transcript |
| 58: 11-14 | Form | Overruled (waived) |
| 59: 17-25 | Cumulative, asked and answered | No testimony was designated in transcript |
| 60: 1-16 | Cumulative, asked and answered | No testimony was designated in transcript |

**Horner, Ex. 151**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 34: 10-19 | . . . here. Rule 403 | Overruled |
| 34: 25 | Rules 402 and 403 | Overruled |
| 35: 1-8 | Rules 402 and 403 | Overruled |
| 45: 7-10 | Rule 402 | Overruled |
| 46: 15 | Rule 402 | Sustained |
| 48: 13-25 | Rules 402 and 403, form, not a question by counsel, move to strike | Overruled (waived) |
| 49: 1-3 | Rules 402 and 403, form, not a question by counsel, move to strike | Overruled (waived) |
| 57: 4-12 | Rules 402 and 403 | Sustained |
| 65: 21-23 | Rule 402 | Sustained |
| 68: 10-25 | Rules 402 and 403, speculation | Overruled |
| 69: 1-6 | Rules 402 and 403, speculation | Overruled |
| 69: 7-25 | Rules 402 and 403, speculation | Overruled |
| 70: 1-25 | Rules 402 and 403, speculation, hearsay | Overruled |
| 71: 1-25 | Rules 402 and 403, speculation, hearsay | Overruled |
| 72: 1-8 | Rules 402 and 403, speculation, hearsay | Overruled |
| 75: 1-4 | Rules 402 and 403, speculation, hearsay | Sustained |
| 78: 19-25 | Rules 402 and 403 | Overruled |
| 79: 1-5, 16-25 | Rules 402 and 403 | Overruled |
| 86: 2-16 | Rules 403 and 403, speculation | Overruled |
| 89: 1-9 | Rules 402 and 403 | Overruled |
| 90: 15-19 | Rules 402 and 403, speculation | Overruled |
| 91: 4-25 | Rules 402 and 403, speculation | Overruled |
| 92: 1-25 | Rules 402 and 403, speculation | Overruled |
| 93: 1-18 | Rules 402 and 403, speculation | Overruled |
| 97: 9-17 | . . . that. Rules 402 and 403, hearsay | Overruled |
| 98: 17-25 | Rules 402 and 403 | Overruled |
| 99: 1-16 | Rules 402 and 403 | Overruled |
| 101: 1-5 | Form | Overruled |
| 102: 11-12 | Argumentative | Overruled |
| 103: 2-22 | Argumentative: hearsay, form, foundation | Overruled |
| 103: 23-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 104: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 105: 1-17 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 106: 17-24 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 108: 10-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |

| | | |
|---|---|---|
| 109: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 110: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 111: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 112: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 113: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 114: 1-14 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 116: 7-25 | Rule 403, hearsay | Overruled |
| 119: 9-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 120: 1-10, 25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 121: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 122: 1-11 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 131: 12-13 | Withdraw objection | Withdrawn |
| 133: 25 | Rules 402 and 403, foundation argumentative | No testimony was designated in transcript |
| 134: 1-5 | Rules 403 and 403, foundation, argumentative | No testimony was designated in transcript |
| 138: 23-25 | Form, foundation, argumentative | Overruled |
| 141: 12-17 | Form, foundation, counsel cannot testify, Rules 402 and 403, not a question buy counsel, move to strike | Sustained |
| 142: 11-22 | Rule 403, foundation, form | Overruled |
| 144: 8-20 | Rule 402 | Overruled |
| 150: 17-23 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Overruled |
| 154: 19-22 | | The line/page noted is only an objection – N/A |
| 157: 17-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 158: 1-6 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |
| 162: 4-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 163: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403, form, foundation | Sustained |
| 164: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403, form, foundation | Sustained |
| 165: 1-25 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403, form, foundation | Sustained |
| 166: 1-15 | Filing No. 137 prior court ruling CFR 1512: Rules 402 and 403 | Sustained |

**Schniderman, Ex. 145**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 14: 11-14 | Rules 402 and 403 | Sustained |
| 15: 20-23 | (You didn't . . . once.  No,) Rules 402 and 403 | Sustained |
| 31: 19-25 | Rules 402 and 403 | Overruled |
| 32: 1-25 | Rules 402 and 403 | Overruled |
| 33: 1-25 | Rules 402 and 403 | Overruled |
| 34: 14-25 | Rules 402 and 403 | Overruled |
| 35: 1-25 | Rules 402 and 403 | Overruled |
| 36: 1 | Rules 402 and 403 | Overruled |
| 42: 21-25 | Rules 402 and 403 | Overruled |
| 43: 1-8 | Rules 402 and 403 | Overruled |
| 58: 15-25 | Rules 402 and 403 | 15-21 Sustained 22-25 Overruled |
| 59: 1-25 | Rules 402 and 403 | Overruled |
| 62: 24-25 | Rules 402 and 403, cumulative | Overruled |
| 63: 1-25 | Rules 402 and 403, cumulative | Overruled |
| 64: 1-4 | Rules 402 and 403, cumulative | Overruled |
| 65: 24-25 | Rules 402 and 403, scope | Overruled |
| 66: 1-8 | Rules 402 and 403, scope | Overruled |
| 67: 9-25 | Rules 402 and 403 | Overruled |
| 68: 1-25 | Rules 402 and 403 | Overruled |
| 69: 4-20 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 70: 11-25 | Rule 403, scope, calls for a legal conclusion, calls for an expert opinion | Overruled |
| 71: 1-13 | Rule 403, scope, calls for a legal conclusion, calls for an expert opinion | Overruled |

**Pizzi Part I (February 8, 2018), Ex. 149**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 40: 15-25 | Rules 402 and 403 | Sustained |

| | | |
|---|---|---|
| 41: 1-9 | Rules 402 and 403 | Sustained |
| 48: 20-25 | Rules 402 and 403 | Overruled |
| 49: 1-5 | Rules 402 and 403 | Overruled |
| 60: 17-25 | Rules 402 and 403 | Overruled |
| 61: 1-3 | Rules 402 and 403 | Overruled |
| 73: 23-25 | Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Sustained |
| 74: 1-9 | Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Sustained |
| 75: 20-24 | Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Overruled |
| 76: 1-17 | Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Overruled |
| 78: 5-10, 11-24 | Form, hearsay, argumentative | Overruled |
| 78: 25 | Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Overruled |
| 79: 1-9, 24-25 | Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Overruled |
| 80: 1-7 | . . . that." Rules 402 and 403, form, foundation, counsel cannot testify, move to strike | Overruled |
| 85: 14-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 86: 1-17 | Form, hearsay, argumentative | Overruled |
| 87: 9-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 88: 1-15 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 89: 13-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 90: 1-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 91: 1, 19-23 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 98: 8-19 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 100: 6-15 | Rules 402 and 403, form, foundation, hearsay, counsel cannot testify, move to strike | Overruled |
| 105: 19-25 | Rules 402 and 403 | Sustained |
| 106: 1-13 | Rules 402 and 403 | Sustained |
| 112: 21-22 | Withdrawn | N/A |
| 115: 23-25 | Rules 402 and 403 | Overruled |
| 116: 1-12 | Rules 402 and 403 | Overruled |
| 124: 21-25 | Rules 402 and 403, form, foundation, compound question, counsel cannot testify, move to strike | Overruled |
| 126: 21-25 | Rule 403, hearsay | Overruled |
| 127: 1-4 | Rule 403, hearsay | Overruled |

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 127: 12-22, 25 | Rule 403, hearsay, form, counsel cannot testify, move to strike | Overruled |
| 128: 1-3, 6 | Rule 403, hearsay, form, counsel cannot testify, move to strike | Overruled |
| 129: 13-24 | Rule 402, hearsay, counsel cannot testify, move to strike | Overruled |
| 129: 25 | Cumulative, asked and answered | Overruled |
| 130: 1-8 | Cumulative, asked and answered | Overruled |
| 132: 21-25 | Rules 402 and 403, hearsay | Overruled |
| 133: 1-5 | Rules 402 and 403, hearsay | Overruled |
| 136: 17-22 | Rule 403, form | Overruled |
| 158: 8-12, 16-25 | Form, compound question | Overruled (waived) |
| 167: 11-13 | "I . . .) form, counsel cannot testify, move to strike | Overruled |
| 172: 19-25 | Cumulative, asked and answered | Overruled |
| 173: 1-3 | Cumulative, asked and answered | Overruled |
| 206: 16-23 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |

## Pizzi Part II (September 11, 2018), Ex. 211

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 32: 3-18, 23-24 | Rule 402, form, foundation, hearsay, counsel cannot testify, move to strike | Overruled |
| 33: 2-8 | Rule 402, form, foundation, hearsay, counsel cannot testify, move to strike | Overruled |
| 81: 17-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 82: 5-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 84: 1-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |
| 85: 1-25 | Rules 402 and 403, Filing No. 137 prior court ruling barring CFR 1512 | Sustained |

## Pizzi Part III (January 10, 2019), Ex. 303

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 16: 21-17: 7 | Defendants' Motion in Limine, Filing No. 12 | Overruled |
| 29: 4-14, 17-25 | Rules 402 and 403, beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 30: 1-7, 9-21, 23-25 | Rules 402 and 403, beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |

| 31: 1-5, 14-23 | Rules 402 and 403, beyond the scope of the court's order, Filing No. 133: move to strike | Overruled |
| 51: 1-13 | Rules 402 and 403, cumulative, asked and answered | Overruled |

**Jerome Sherman (February 12, 2019), Ex. 345**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| 20: 5-12 | Leading | Overruled |
| 26: 11-12 | Withdrawn | N/A |
| 53: 6-12 | Relevance | Overruled |
| 53: 18-21 | Speculation and relevance | Sustained |
| 56: 10-12 | Rule 403, move to strike, no answer by witness | Sustained |
| 57: 3-11 | Speculation, hearsay, move to strike | Overruled |

The parties are reminded that any video depositions to be used at trial should be edited so that any objectionable testimony is removed.

In addition, the Court notes that witness Mitch Robb's ("Robb") three depositions are designated to be utilized as trial testimony. If Robb is available as a witness at trial, the Court is not inclined to allow counsel to use video-deposition testimony of Robb, except to the extent that it is properly used to impeach.

Dated this 6th day of March 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge