IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARCIE MEYER and MICHAEL MEYER,

    Plaintiffs,

v.

CURRIE TECH CORP. and ACCELL NORTH AMERICA, INC.,

    Defendants.

8:16CV542

ORDER

This matter is before the Court on Plaintiffs' Objections to Defendants' Counter-Designations of Deposition Testimony (Filing No. 202). Based upon the Court's review of portions of the deposition transcripts which the parties claim will be offered in evidence, the Court rules as follows:

**Mitch Robb (Part 1), Ex. 148**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| p. 55, ln 10 after "I can't speak to it. . ." | Move to strike non-responsive portion of answer. | Overruled |
| p. 57, ln 20 to p. 64, ln 19 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim only as to designated – (not all of range designated/highlighted) |
| p. 113, ln 25 to p. 114, ln 24 | Plaintiffs' Motion in Limine #2 | Overruled – as to negligence claim |

**Mitch Robb (Part 2), Ex. 309**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| p. 34, ln 15 to p. 35, ln 1 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim |

| p. 36, ln 13 to p. 38, ln 20 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim |
| --- | --- | --- |
| p. 39, ln 19 to p. 39, ln 22 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim |
| p. 45, ln 11 to p. 46, ln 3 | Move to strike non-responsive portion of answer | Overruled |
| p. 55, ln 14 to p. 56, ln 19 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim |
| p. 58, ln 11 to p. 58, ln 22 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim |

## Beth Horner, Ex. 151

| Page: Line Number | Objection | Rulings |
| --- | --- | --- |
| p. 134, ln 14-18 | Not responsive to any question, no question was designated | Sustained |
| p. 152, ln 21 to p. 153, ln 2 | Foundation | Overruled |
| p. 155, ln 23 | Form and speculation | The cited line/page is only an objection; Overruled |

## Tracy Spinella, Ex. 294

| Page: Line Number | Objection | Rulings |
| --- | --- | --- |
| p. 89, ln 1 to p. 92, ln 5 | Plaintiffs' Motion in Limine #8 | Sustained |

## Justin Schniderman, Ex. 145

| Page: Line Number | Objection | Rulings |
| --- | --- | --- |
| p. 48, ln 4 to p. 51, ln 11 (If overruled – Plaintiffs designate p. 51, ln 12 to p. 51, ln 14.) | Plaintiffs' Motion in Limine #2 | Overruled – Plaintiffs may add the counter-designation requested |
| p. 54, ln 6 to . 54, ln 22 (If overruled – Plaintiffs designate p. 54, ln 23 to p. 55, ln 12.) | Plaintiffs' Motion in Limine #2 | Overruled – Plaintiffs may add the counter-designation requested |

## Larry Pizzi (2), Ex. 211

| Page: Line Number | Objection | Rulings |
| --- | --- | --- |
| p. 87, ln 3-9 | Move to strike non-responsive portion of answer | Overruled |

**Larry Pizzi (3), Ex. 303**

| Page: Line Number | Objection | Rulings |
|---|---|---|
| p. 18, ln 25, to p. 19, ln 16 | Plaintiffs' Motion in Limine #2 | Overruled as to negligence claim |

The parties are reminded that any video depositions to be used at trial should be edited so that any objectionable testimony is removed.

Dated this 6th day of March 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge